UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK PIVTORAK, | CASE NO. C26-0046JLR |
| Plaintiff, | ORDER |
| v. | |
| MARYAN HAIDAR, | |
| Defendant. | |

On January 6, 2026, *pro se* Plaintiff Mark Pivtorak filed his complaint but did not pay the filing fee. (Compl. (Dkt. # 1); Not. of Deficiency (Dkt. # 3).) The Clerk issued and mailed to Mr. Pivtorak a notice of deficiency giving him until February 9, 2026 to either pay the filing fee or submit an application to proceed *in forma pauperis* ("IFP"). (*See* Not. of Deficiency.) The notice of deficiency was returned as undeliverable on January 28, 2026 and February 9, 2026. (*See* 1/28/26 Not. (Dkt. # 5); 2/8/26 Not. (Dkt. # 6).) To date, Mr. Pivtorak has neither paid the filing fee nor submitted an IFP Application. (*See generally* Dkt.)

ORDER - 1

Local Civil Rule 10(f) requires parties to notify the court of any change of address or telephone number within 10 days of the change.  Local Rules W.D. Wash. LCR 10(f).  Similarly, Local Civil Rule 41(b)(2) provides that a "party proceeding pro se shall keep the court and opposing parties advised as to his or her current mailing address."  Local Rules W.D. Wash. LCR 41(b)(2).  Local Civil Rule 41(b)(2) further provides that, if "mail directed to a pro se plaintiff by the clerk is returned . . . and if such plaintiff fails to notify the court and opposing parties within 60 days thereafter of his or her current mailing or email address, the court may dismiss the action without prejudice for failure to prosecute." *See id.*

Accordingly, if Mr. Pivtorak does not, by **March 30, 2026**, (1) provide the court with his current address and (2) either pay the filing fee or move to proceed IFP, the court will dismiss this case without prejudice for failure to prosecute.

Dated this 3rd day of March, 2026.

_____
JAMES L. ROBART
United States District Judge

ORDER - 2