UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK PIVTORAK, | CASE NO. C26-0046JLR |
| Plaintiff, | ORDER |
| v. | |
| MARYAN HAIDAR, | |
| Defendant. | |

On January 6, 2026, *pro se* Plaintiff filed a proposed complaint for copyright infringement, but did not pay the filing fee. (Prop. Compl. (Dkt. # 1).) On January 8, 2026, the Clerk issued and mailed to Mr. Pivtorak a notice of deficiency giving him until February 9, 2026, to either pay the filing fee or submit an application to proceed *in forma pauperis* ("IFP"). (1/8/26 Not. (Dkt. # 3).) On March 3, 2026, the court set a final March 30, 2026 deadline for Mr. Pivtorak to resolve the filing deficiencies. (3/3/26 Order (Dkt. # 7).) To date, Mr. Pivtorak has neither paid the filing fee nor submitted an IFP application. (*See generally* Dkt.)

ORDER - 1

Accordingly, the court DISMISSES Mr. Pivtorak's complaint (Dkt. # 1) and this action without prejudice.

Dated this 2nd day of April, 2026.

JAMES L. ROBART
United States District Judge

ORDER - 2